AMIR MEIRI, Appellant, v SHEILA McNICHOLS et al., Respondents, and AMAMPURI REALTY LLC, Intervenor-Respondent. [53 NYS3d 534]—Orders, Supreme Court, New York County (Kathryn E. Freed, J.), entered June 14, 2016, which granted the motion of defendants Sheila McNichols and James Michael Cornwell to dismiss the complaint and the motion of Amampuri Realty LLC to intervene and dismiss the complaint, unanimously affirmed, with costs.

Since the right of first refusal in the lease between plaintiff and decedent William Cornwell did not refer to their heirs, successors, or assigns, it expired upon decedent's death (*see e.g. Gilmore v Jordan*, 132 AD3d 1379, 1380 [4th Dept 2015]; *Herrmann v AMD Realty, Inc.*, 8 AD3d 619, 621 [2d Dept 2004]; *Adler v Simpson*, 203 AD2d 691, 692-693 [3d Dept 1994]).

The court properly permitted Amampuri to intervene pursuant to CPLR 1012 (a) (3) (*see George v Grand Bay Assoc. Enter. Inc.*, 45 AD3d 451, 452 [1st Dept 2007]). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.